```
 1
 2
 3                    UNITED STATES DISTRICT COURT
 4                       DISTRICT OF CALIFORNIA
 5                                 * * *
    UNITED STATES OF AMERICA,      )
 6                                 )
                                   )
 7             Plaintiff(s),       )
                                   )
 8             vs                  )   Case # 1:08-CR-259-PMP
                                   )
 9  JOSEPH CABRERA SABLAN, et al., )
                                   )
10                                 )   ORDER SETTING TELEPHONIC
               Defendant(s).       )   STATUS CONFERENCE
11  _____ )
12
13      **IT IS ORDERED** a Telephonic Status Conference is set for
    **Monday, January 9, 2012, at 1:00 p.m.**  Only lead counsel for each defendant
14
    and government counsel must be present on the conference call.   Counsel are instructed
15
    to call the meet-me-line number (***702-464-5625***) on the date and time set above and
16
    remain on the line until the clerk comes on to take roll.
17
            DATED this 3rd day of January, 2012.
18
19
                                       _____
20
                                       PHILIP M. PRO, U.S. DISTRICT JUDGE
21
```