UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

* * *

UNITED STATES OF AMERICA, )
)
)
      Plaintiff(s), )
)
           vs )    Case # 1:08-CR-259-PMP
)
JOSEPH CABRERA SABLAN, )
JOSEPH NINETE LEON GUERRERO, )
) ***O R D E R***
      Defendant(s). )

      At the discretion of United States District Judge Philip M. Pro, a copy of the transcript of the Hearing held on Monday, January 9, 2012, should be filed in the Court of Appeals case as to Joseph Ninete Leon Guerrero.

      DATED this 10th day of January, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE