UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, et al.,<br><br>        Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER AUTHORIZING UNDER SEAL FILING** |

For the reasons stated in Defendant James Ninete Leon Guerrero's Request to Seal Documents (Doc. #521, Attach. 1) and for good cause shown, the Court hereby orders that the documents captioned Stipulation of Plaintiff United States and Defendant James Ninete Leon Guerrero Re. the Admissibility of Certain Matters; Declaration of Richard G. Novak and Exhibits Thereto, and [Proposed] Order Concerning the Admissibility of Certain Matters shall be filed under seal.

Access to the sealed documents shall be limited only to: 1) the Court and its staff, 2) counsel for Defendant James Ninete Leon Guerrero, and 3) counsel for the United States, and shall remain under seal until further order of this Court.

DATED: January 23, 2013

_____
PHILIP M. PRO
United States District Judge