UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | **DEATH PENALTY CASE**<br><br>Case No. 1:08-CR-00259-PMP<br><br>**ORDER MODIFYING MARCH 4, 2013 ORDER SETTING TRIAL DATE AND SCHEDULE FOR PRE-TRIAL MOTIONS** |

For the reasons stated in the Defendants' <u>Joint Application to Modify Order Setting Trial Date and Schedule for Pre-Trial Motions</u> and for good cause shown, the Order issued on March 4, 2013 (Doc. No. 558) is hereby modified as follows:

1) The deadline for the Government's disclosure of its Witness List and Exhibits shall be February 12, 2014.

2) The deadlines for the filing of, responses to, and replies in support of motions *in limine* shall be March 12, 2014, April 12, 2014, and April 26, 2014, respectively.

3) The briefing of any motion for change of venue shall be pursuant to Section F of the Order dated March 4, 2013, and

4) The deadline for the filing of the Joint Proposed Jury Questionnaire and Proposed Voir Dire Questions shall be April 13, 2014.

**IT IS SO ORDERED.**

Dated: April 8, 2013

PHILIP M. PRO
United States District Judge