1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00259-PMP |
| Plaintiff, | **ORDER AUTHORIZING UNDER SEAL FILING** |
| vs. | (Pursuant to Local Rule 141) |
| JOSE CABRERA SABLAN, and JAMES NINETE LEON GUERRERO, | |
| Defendants. | |

18

19    For the reasons stated in the declaration of Iris Y. Roe filed in support of the

20 Request to Seal Documents and for good cause shown, the Ex Parte Application for

21 Order Authorizing Issuance of Eleven *Subpoena Duces Tecum*; Memorandum of

22 Points and Authorities; Declaration of Iris Y. Roe; Exhibits and the Proposed Order

23 may be filed under seal.

24    Access to these documents shall be limited only to: 1) the Court and its staff

25 and 2) counsel for record for defendant James Ninete Leon Guerrero.  The

26 documents shall remain sealed unless and until this Court orders that it be unsealed.

27    //

28    //

1    The Request is hereby granted.

2

3   Dated:   May 1, 2013

    PHILIP M. PRO
4   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28