IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>ORDER |

Defendant Joseph Cabrera Sablan requests a seven-day extension of time for filing replies to the briefs in opposition to his Motion for Access to Evidence and Judicial Records (Doc. 573). He cites illness and work related travel as grounds for the extension. The United States does not oppose the request. Co-defendant James Ninete Leon Guerrero does not oppose the request provided he receives the same time to reply. This Court, being fully informed in the premises, finds the request is supported by GOOD CAUSE and should be GRANTED. Defendants shall have until June 10, 2013, to file any replies.

IT IS SO ORDERED.

DATED: June 4, 2013.

Honorable Philip M. Pro
UNITED STATES DISTRICT JUDGE