UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:08-cr-00259-PMP |
| v. | **ORDER** |
| JOSEPH CABRERA SABLAN, et al., | |
| Defendants. | |

Before the Court is Defendant James Ninete Leon Guerrero's Request to Seal (Doc. #635, Attach. 1) the document entitled Joint Response of Plaintiff United States of America and Defendant James Ninete Leon Guerrero to Order to Show Cause Issued on June 4, 2013; Declaration of Richard G. Novak. Defendant Leon Guerrero has complied with Local Rule 141 by publicly filing and serving on opposing counsel his request to seal which describes the document and the reasons for filing under seal. Defendant Leon Guerrero also has provided Defendant Joseph Cabrera Sablan a copy of the document. Plaintiff United States of America and Defendant Sablan do not oppose the under seal filing of the document. The Court finds that under the circumstances of this capital prosecution the public and private interests in favor of sealing outweigh the public interest in open judicial records.

IT IS ORDERED that the document entitled Joint Response of Plaintiff United States of America and Defendant James Ninete Leon Guerrero to Order to Show Cause Issued on June 4, 2013; Declaration of Richard G. Novak shall be filed under seal and shall be made available only to (1) the Court and its staff and (2) counsel for the parties to this action, unless otherwise ordered by this Court.

DATED: July 9, 2013

_____
PHILIP M. PRO
United States District Judge