UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH CABRERA SABLAN, et al., ) <br> ) <br> Defendants. ) <br> ) | 1:08-cr-00259-PMP <br><br> **ORDER** |

For the reasons stated in Defendant James Ninete Leon Guerrero's Unopposed Ex Parte Application to Modify Briefing Schedule and Continue Hearing Date for Atkins Claim (Doc. # 650) and the concurrently filed under seal and in camera Declaration of Iris Y. Roe, and for good cause shown, the briefing schedule and hearing date for claims made pursuant to Atkins v. Virginia, 536 U.S. 304 (2002) shall be modified as follows:

  A. Mr. Leon Guerrero's Atkins motion will be due on October 28, 2013

  B. The Government's response will be due on January 14, 2014

  C. Mr. Leon Guerrero's reply, if any, will be due on January 29, 2014

  D. The Atkins hearing will be held on March 11 and 12, 2014

DATED: July 16, 2013

_____
PHILIP M. PRO
United States District Judge