UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH CABRERA SABLAN, et al.,

    Defendants.

1:08-cr-00259-PMP

**ORDER AUTHORIZING UNDER SEAL FILING**

    Defendant James Ninete Leon Guerrero requests leave to file under seal the document entitled Declaration of Iris Y. Roe Filed in Conjunction with Defendant James Ninete Leon Guerrero's Unopposed Ex Parte Application to Modify Briefing Schedule and Continue Hearing Date for Atkins Claim ("Roe Declaration"). (Def. James Ninete Leon Guerrero's Request to Seal Document; Decl. of Iris Y. Roe (Doc. #652, Attach. 1).) Defendant Leon Guerrero has complied with Local Rule 141 by publicly filing and serving on opposing counsel his request to seal which describes the document and the reasons for filing under seal.

    Defendant Leon Guerrero asserts that the Roe Declaration contains information protected by the attorney work-product doctrine, specifically communications between counsel and Leon Guerrero's Atkins experts. After reviewing the Roe Declaration, the Court finds it contains matter protected by the attorney work-product protection. The Court further finds that under the circumstances of this capital prosecution the public and private interests in favor of sealing outweigh the public interest in open judicial records.

This Court, being fully informed on the premises, finds Defendant Leon Guerrero's Request to Seal (Doc. #652, Attach. 1) is supported by substantial grounds for sealing and should be GRANTED. The document entitled Declaration of Iris Y. Roe Filed in Conjunction with Defendant James Ninete Leon Guerrero's Unopposed Ex Parte Application to Modify Briefing Schedule and Continue Hearing Date for <u>Atkins</u> Claim shall remain under seal until further order of this Court, and be made available only to: (1) the Court and its staff and (2) counsel for Defendant James Ninete Leon Guerrero.

IT IS SO ORDERED.

DATED: July 16, 2013

_____
PHILIP M. PRO
United States District Judge