# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:08-CR-00259-PMP |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | O R D E R |
| JOSEPH CABRERA SABLAN and ) | |
| JAMES NINETE LEON GUERRERO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

In its Response (Doc. #624) filed June 17, 2013, Plaintiff United States states that it does not oppose Defendant Leon Guerrero's Motion to Suppress Statements (Doc. #596) and Defendant Sablan's Motion to Suppress Statement (Doc. #598) filed May 15, 2013.

**IT IS THEREFORE ORDERED** that the Motions to Suppress Statements (Docs. #596 & #598) filed on May 15, 2013, on behalf of Defendants Leon Guerrero and Sablan, respectively, are **GRANTED** provided that the Defendants' statements at issue may be utilized for cross-examination in the event Defendants elect to testify during the guilt or penalty phase of the trial.

DATED: July 16, 2013.

_____
PHILIP M. PRO
United States District Judge