# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOSEPH CABRERA SABLAN and ) <br> JAMES NINETE LEON GUERRERO, ) <br> ) <br> Defendants. ) | 1:08-CR-00259-PMP <br><br> O R D E R |

       Before the Court for consideration is the fully briefed Renewed Motion for Leave of Court to File Amended Notice of Intent to Seek the Death Penalty (Doc. #588) filed May 14, 2013 on behalf of Plaintiff United States. The Proposed Amended Notice (Doc. #589) does not, in the view of this Court, contain substantive changes to the original notice filed in July 2011, and the Court finds good cause to grant the relief requested by Plaintiff United States.

       In particular, the Court finds no deliberate delay by the Government in seeking to amend the notice of intent to seek the death penalty, nor does the Court find that prejudice will result to Defendants if the Government's motion is granted. On the grounds set forth in Plaintiff's Motion (Doc. #588) and Omnibus Reply (Doc. #639), the Court finds Plaintiff United States has made the required showing of good cause under 18 U.S.C. § 3593(a). Further, the Court finds that Defendants have not shown that they would be prejudiced by the amendments made in the

renewed notice, and ample time remains prior to trial to address any additional discovery needs or legal challenges as referenced in Defendant Sablan's Joinder (Doc. # 629).

**IT IS THEREFORE ORDERED** that Plaintiff United States' Renewed Motion for Leave of Court to File Amended Notice of Intent to Seek the Death Penalty (Doc. #588) is **GRANTED**.

DATED: July 16, 2013.

PHILIP M. PRO
United States District Judge