# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JOSEPH CABRERA SABLAN and )<br>JAMES NINETE LEON GUERRERO, )<br>)<br>Defendants. )<br>_____ ) | 1:08-CR-00259-PMP<br><br>O R D E R |

Before the Court for consideration is Plaintiff's Motion Regarding Capital Case Jury Selection Procedures (Doc. #587) filed May 14, 2013. By this Motion, Plaintiff United States seeks an order excluding for cause, jurors whose views would "prevent or substantially impair" the performance of their duties as jurors, that voir be conducted in a courtroom open to the public, and that the Court adopt the jury selection procedures proposed by the United States in their Motion. Defendant Sablan filed a Response in Opposition (Doc. #633), to which Defendant Leon Guerrero joined (Doc. #634). Defendant Sablan later filed an Amended Response (Doc. #636).

Naturally, the Court concurs that no juror should be seated to try this case if that juror's views would prevent or substantially impair them from doing so. Neither does the Court quibble with the view that jury selection should be conducted in a courtroom open to the public, at least to the extent good cause is not shown for an alternative approach with respect to a particular prospective juror. That said, the Court views Plaintiff's Motion as statement of the Government's position regarding

jury selection rather than a motion seeking specific relief one year prior to the selection of the trial jury in this case. The procedures employed for selection of the jury will be discussed fully with counsel for the Parties by the Court in advance of trial. It is premature to pin down the details of jury selection at this stage of the proceedings. As a result, and good cause appearing,

**IT IS ORDERED** that Plaintiff United States' Motion Regarding Capital Case Jury Selection Procedures (Doc. #587) is **DENIED** without prejudice to renew the arguments set forth therein at the time of jury selection in this case.

DATED: July 16, 2013.

_____
PHILIP M. PRO
United States District Judge