UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, et al.,<br><br>　　　　Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER** |

The Court will hear oral argument on the following Motions at the July 30, 2013 Telephonic Status Conference at 10:00 a.m.:

    1.    Defendants' Combined Motion for Severance (Doc. #620), and

    2.    Government's Renewed Request for Notice of Intent to Present Expert Evidence of Mental Condition of Defendant (Doc. #593).

IT IS SO ORDERED.

DATED: July 17, 2013

_____
PHILIP M. PRO
United States District Judge