UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, et al.,<br><br>　　　　　Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER** |

Based on the Joint Response of Plaintiff United States of America and Defendant James Ninete Leon Guerrero to Order to Show Cause Issued on June 4, 2013; Declaration of Richard G. Novak, the Court finds good cause for the continued sealing of Doc. #609 and Doc. #612.

IT IS ORDERED that Doc. #609 and Doc. #612 shall remain under seal until further order of this Court, and be made available only to: (1) the Court and its staff and (2) all counsel of record for the parties in this action.

DATED: July 17, 2013

_____
PHILIP M. PRO
United States District Judge